UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.

JUWAIN M. SHEPARD,

    Defendant.

Case No. 3:24-cv-1105-WWB-SJH

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Hayden Andrews, Plaintiff;
- Slater Legal PLLC, Attorneys for Plaintiff;
    - James M. Slater, Attorney for Plaintiff;
- The Tarjan Law Firm, P.A., Attorneys for Plaintiff;
    - Joshua M. Tarjan, Attorney for Plaintiff;
- Juwain M. Shepard, Defendant;
- Florida Department of Juvenile Justice, Interested Party.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 29, 2024

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
Fax (786) 842-4430
josh@tarjanlawfirm.com

*Attorneys for Plaintiff Hayden Andrews*