UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                       Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPHARD,

    Defendant.

_____/

## **NOTICE OF APPEARANCE**

The undersigned hereby files this Notice of Appearance as counsel of record for Defendant, JUWAIN M. SHEPHARD, in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

    Jami M. Kimbrell
    Howell, Buchan, & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Phone: (850) 877-7776
    Email: Jami@jsh-pa.com

                                                Respectfully submitted,

                                                */s/ Jami M. Kimbrell*
                                                Jami M. Kimbrell
                                                Florida Bar No. 0657379
                                                Howell, Buchan & Strong

2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shephard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on November 20, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell