UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.     Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPHARD,

    Defendant.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

The undersigned attorney, pursuant to Local Rule 1.01(b), hereby files this Notice of Lead Counsel Designation for Defendant, JUWAIN M. SHEPHARD. Certificates of service for all pleadings and filings in this action should include: Jami M. Kimbrell, Howell, Buchan, & Strong, 2898-6 Mahan Drive, Tallahassee, Florida 32308, Jami@jsh-pa.com.

    Respectfully submitted,

    */s/ Jami M. Kimbrell*
    Jami M. Kimbrell
    Florida Bar No. 0657379
    Howell, Buchan & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Telephone: (850) 877-7776
    Jami@jsh-pa.com
    *Attorney for Defendant,*
    *Juwain M. Shephard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on November 20, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell