UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                                  Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPHARD,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, JUWAIN M. SHEPHARD, by and through undersigned counsel, respectfully moves this Court for additional time to respond to Plaintiff, HAYDEN ANDREWS', Complaint [Doc. 1] such that his response would be due fourteen (14) days from the date Defendant's response to Plaintiff's Complaint is due and states the following in support thereof:

    1.    Plaintiff filed his Complaint October 25, 2024.

    2.    Defendant, JUWAIN M. SHEPHARD, was served a copy of the summons from this lawsuit on November 7, 2024, making his response to Plaintiff's Complaint due on November 28, 2024.

    3.    Undersigned counsel was assigned this case yesterday, November 19, 2024, eleven (11) days after service.

4. Since receiving this case yesterday, undersigned counsel has reviewed Plaintiff's Complaint, begun investigating the factual allegations and legal arguments contained therein, and is in the process of requesting documents relevant to Plaintiff's allegations in order to formulate a response for Defendant.

5. Additionally, November 28, 2024, falls during the Thanksgiving holiday.

6. In order to formulate an accurate response to Plaintiff's Complaint in good faith, undersigned counsel is requesting fourteen (14) days so that she may consult with Defendant and assess the allegations in the Complaint fully before responding.

## **MEMORANDUM OF LAW**

Federal Rules of Civil Procedure 6(b):

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Undersigned counsel respectfully requests an extension of time to answer and respond to Plaintiff's Complaint based on the previously stated reasons, and that the response to Plaintiff's Complaint be due fourteen (14) days after the date Defendant's response to Plaintiff's Complaint is due. The granting of this Motion

will pose no prejudice to Plaintiff. This Motion is made in good faith and not for the purposes of delay, but rather for the purposes stated herein.

WHEREFORE, Defendant, JUWAIN M. SHEPHARD, respectfully requests that this Court enter an order granting this Motion and thus extending the time frame during which Defendant has to respond to Plaintiff's Complaint by fourteen (14) days, making his response due December 12, 2024.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shephard*

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel has conferred with Plaintiff's Counsel in regard to this Motion via electronic mail. Plaintiff's Counsel agrees with the terms of this Motion.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on November 20, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell