UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                         Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPHARD,

    Defendant.
_____/

## **NOTICE OF APPEARANCE**

The undersigned hereby files this Notice of Appearance as counsel of record for Defendant, JUWAIN M. SHEPHARD, in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

    Joseph V. DeFelice, Esq.
    Howell, Buchan & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Telephone: (850) 877-7776
    Email: Joseph@jsh-pa.com

                                                  Respectfully submitted,

                                                  /s/ *Joseph V. DeFelice*
                                                  Joseph V. DeFelice, Esq.
                                                  Florida Bar No. 1049031

Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Joseph@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shepherd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on November 20, 2024.

/s/ *Joseph V. DeFelice*
Joseph V. DeFelice, Esq.