UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.	Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel of record for Defendant, JUWAIN M. SHEPARD, in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

    Joseph V. DeFelice, Esq.
    Howell, Buchan & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Telephone: (850) 877-7776
    Email: Joseph@jsh-pa.com

    Respectfully submitted,

    /s/ *Joseph V. DeFelice*
    Joseph V. DeFelice, Esq.
    Florida Bar No. 1049031
    Howell, Buchan & Strong
    2898-6 Mahan Drive

Tallahassee, Florida 32308  
Telephone: (850) 877-7776  
Email: Joseph@jsh-pa.com  
*Attorney for Defendant,*  
*Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on November 20, 2024.

/s/ *Joseph V. DeFelice*  
Joseph V. DeFelice, Esq.