UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

      Plaintiff,

v.                                              Case No. 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD,

      Defendant.
_____

## ORDER

Defendant's unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. 8) is **GRANTED to the extent** that Defendant shall file a response by **December 12, 2024.**

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of November, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 11/22
c:
Counsel of Record