UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                        Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant, JUWAIN M. SHEPARD, by and through the undersigned counsel, hereby discloses the following pursuant to Local Rule 3.03:

1. Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    **Hayden Andrews**, Plaintiff

    **Juwain Shepard**, Defendant

    **Wendy W. Berger**, United States District Judge

    **Samuel J. Horovitz**, United States Magistrate Judge

    **Jami McFatter Kimbrell**, Attorney for Defendant

       **Joseph V. DeFelice**, Attorney for Defendant

       **Howell, Buchan & Strong**, Attorneys for Defendants

       **Records Custodian Florida Department of Juvenile Justice**, Records Custodian

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None.**

4. Each person arguably eligible for restitution.

    **Plaintiff is seeking damages in this matter.**

### Certification of Conflicts of Interest

Defendant certifies that, except as disclosed, it is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and it will immediately notify the judge in writing within fourteen (14) days after it knows of a conflict.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on December 6, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell