UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                        Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

### NOTICE OF PRODUCTION FROM NON-PARTY

TO:   James M. Slater                    Joshua Tarjan
       Slater Legal PLLC               The Tarjan Law Firm P.A.
       2296 Henderson Mill Rd. #116  12372 SW 82 Avenue
       Atlanta, Georgia 30345         Pinecrest, FL 33156

    YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service of this Notice, if no objection is received, the undersigned will issue the attached Subpoena Duces Tecum for Records Only to:

    Office of the General Counsel
    Florida Department of Juvenile Justice
    2737 Centerview Drive
    Tallahassee, Florida 32399

To produce the items listed at the time and place specified in the subpoena.

                                                Respectfully submitted,

                                                /s/ *Joseph V. DeFelice*
                                                Joseph V. DeFelice, Esq.
                                                Florida Bar No. 1049031

        Howell, Buchan & Strong
        2898-6 Mahan Drive
        Tallahassee, Florida 32308
        Telephone: (850) 877-7776
        Email: Joseph@jsh-pa.com
        *Attorney for Defendant,*
        *Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on December 5, 2024.

        /s/ *Joseph V. DeFelice*
        Joseph V. DeFelice, Esq.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                         Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.

_____/

## SUBPOENA DUCES TECUM FOR RECORDS ONLY

IN THE NAME OF THE STATE OF FLORIDA

To the Sheriff or any other Constable of Said County:

    You are hereby commanded to summon:

    Office of the General Counsel
    Florida Department of Juvenile Justice
    2737 Centerview Drive
    Tallahassee, Florida 32399

as witness on behalf of Defendant at Howell, Buchan & Strong, 2898-6 Mahan Dr., Tallahassee, Florida 32308. **The witness is ordered and directed to produce for inspection or copying at the aforesaid time and place:** See attached Exhibit "A"**.**

    You are subpoenaed to produce documents to the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed. You may comply with this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **YOU MAY MAIL OR DELIVER THE COPIES TO THE ATTORNEY WHOSE NAME APPEARS ON THIS SUBPOENA.** Any questions should be directed to this attorney at the address listed below.

Joseph V. DeFelice, Esq.
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Joseph@jsh-pa.com

**PLEASE CALL IF COPYING EXPENSES WILL EXCEED $50.00.**

Herein fail not.  A true copy
_____ Sheriff
_____ D.S.

Given under my hand and seal at _____, Florida this ____ day of _____, 2024.

## Exhibit "A"

1. Hayden Andrews' entire medical file for his treatment while he was detained at the Duval Regional Juvenile Detention Center in Duval County, Florida.

2. Hayden Andrews' entire medical file for his treatment while he was detained at the Duval Regional Juvenile Detention Center in Duval County, Florida.

3. Any and all investigative documents, including incident reports, regarding the incident that occurred at the Duval Regional Juvenile Detention Center in Duval County, Florida on January 8, 2024.