UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.	Case No. 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____

## ORDER

Defendants' Notice of Production From Non-Party (Doc. 14) is **STRICKEN**. Discovery-related documents should not be filed with the Court unless the Court needs them to decide a motion. *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 12/10
c:
Counsel of Record