UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                        Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.

_____/

## **NOTICE OF NON-AVAILABITY**

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable from January 10 through January 19, 2025.  Please do not schedule hearings, depositions, etc. during those dates.  If you should have any questions, please contact the undersigned.

                                                Respectfully submitted,

                                                /s/ *Joseph V. DeFelice*
                                                Joseph V. DeFelice, Esq.
                                                Florida Bar No. 1049031
                                                Howell, Buchan & Strong
                                                2898-6 Mahan Drive
                                                Tallahassee, Florida 32308
                                                Telephone: (850) 877-7776
                                                Email: Joseph@jsh-pa.com
                                                *Attorney for Defendant,*
                                                *Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on December 13, 2024.

/s/ *Joseph V. DeFelice*
Joseph V. DeFelice, Esq.