**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HAYDEN ANDREWS,

        Plaintiff,

v.                                 Case No. 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD,

        Defendants.

_____

## **ORDER**

      In light of the filing of Plaintiff's Case Management Report (Doc. 19), the Case Management and Scheduling Order (Doc. 18) is **VACATED**.  The Court will enter an amended Case Management Scheduling Order by a separate order reflecting new deadlines.

      **DONE AND ORDERED** in Jacksonville, Florida, on December 20, 2024.

                              _____
                              WENDY W. BERGER
                              UNITED STATES DISTRICT JUDGE

caw 12/16

c:     Counsel of Record