**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HAYDEN ANDREWS,

      Plaintiff,

v.                                                              Case No.: 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD,

      Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 19). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **February 3, 2025**.

**DONE** and **ORDERED** in Jacksonville, Florida on January 3, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties