UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.

JUWAIN M. SHEPARD,

    Defendant.

Case No. 3:24-cv-1105-WWB-SJH

## PLAINTIFF'S NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 22), Plaintiff Hayden Andrews provides notice that the parties have conferred and agreed on a mediator and date of mediation. The mediation in this case has been scheduled for **Wednesday, September 17, 2025, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: January 6, 2025

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

<u>*/s/ Joshua Tarjan*</u>
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, FL 33156
Tel. (305) 423-8747
Fax (786) 842-4430
josh@tarjanlawfirm.com

*Attorneys for Plaintiff Hayden Andrews*
