UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                        Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**NOTICE OF PRODUCTION FROM NON-PARTY**

TO:    James M. Slater                    Joshua Tarjan
          Slater Legal PLLC              The Tarjan Law Firm P.A.
          2296 Henderson Mill Rd. #116   12372 SW 82 Avenue
          Atlanta, Georgia 30345         Pinecrest, FL 33156
          james@slater .legal             josh@tarjanlawfirm.com

    YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service of this Notice, if no objection is received, the undersigned will issue the attached Subpoena Duces Tecum for Records Only to:

Jacksonville Sheriff's Office Headquarters
Police Memorial Building
501 E. Bay Street
Jacksonville, FL  32002

To produce the items listed at the time and place specified in the subpoena.

                                                      Respectfully submitted,

                                                      */s/ Jami M. Kimbrell*

1

Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on January 10, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                                                              Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**SUBPOENA DUCES TECUM FOR RECORDS ONLY**

IN THE NAME OF THE STATE OF FLORIDA

To the Sheriff or any other Constable of Said County:

    You are hereby commanded to summon:

    Jacksonville Sheriff's Office Headquarters
    Police Memorial Building
    501 E. Bay Street
    Jacksonville, FL  32002

as witness on behalf of Defendant at Howell, Buchan & Strong, 2898-6 Mahan Dr., Tallahassee, Florida 32308. **The witness is ordered and directed to produce for inspection or copying at the aforesaid time and place:** See attached Exhibit "A"**.**

    You are subpoenaed to produce documents to the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed. You may comply with this subpoena on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **YOU MAY MAIL OR DELIVER THE COPIES TO THE ATTORNEY WHOSE NAME APPEARS ON THIS SUBPOENA.**  Any questions should be directed to this attorney at the address listed below.

4

>Jami M. Kimbrell
>Howell, Buchan & Strong
>2898-6 Mahan Drive
>Tallahassee, Florida 32308
>Phone: (850) 877-7776
>Email: Jami@jsh-pa.com

**PLEASE CALL IF COPYING EXPENSES WILL EXCEED $50.00.**

Herein fail not.  A true copy
_____ Sheriff
_____ D.S.

Given under my hand and seal at _____, Florida this \_\_\_\_ day of _____, 2025.

5

## Exhibit "A"

1. Any and all documents related to Jacksonville Sheriff's Office's investigation of the allegations of battery by a youth on January 8, 2024, case number #2023-0016100, including but not limited to any arrest reports, probable cause affidavits, etc.

2. Any and all documents related to Jacksonville Sheriff's Office's documented Information Report of January 18, 2024 – Special Assault Unit, case number #2024-0037363, including but not limited to any arrest reports, probable cause affidavits, etc.