UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                       Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**<u>NOTICE OF PRODUCTION FROM NON-PARTY</u>**

TO:   James M. Slater                   Joshua Tarjan
       Slater Legal PLLC              The Tarjan Law Firm P.A.
       2296 Henderson Mill Rd. #116  12372 SW 82 Avenue
       Atlanta, Georgia 30345       Pinecrest, FL 33156
       james@slater .legal            josh@tarjanlawfirm.com

YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service of this Notice, if no objection is received, the undersigned will issue the attached Subpoena Duces Tecum for Records Only to:

UF Health Jacksonville
655 W. 8th St.
Jacksonville, FL 32209

To produce the items listed at the time and place specified in the subpoena.

                                              Respectfully submitted,

                                              */s/ Jami M. Kimbrell*
                                              Jami M. Kimbrell

1

        Florida Bar No. 0657379
        Howell, Buchan & Strong
        2898-6 Mahan Drive
        Tallahassee, Florida 32308
        Phone: (850) 877-7776
        Email: Jami@jsh-pa.com
        *Attorney for Defendant,*
        *Juwain M. Shepard*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on January 10, 2025.

        */s/ Jami M. Kimbrell*
        Jami M. Kimbrell

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                                      Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**SUBPOENA DUCES TECUM FOR RECORDS ONLY**

IN THE NAME OF THE STATE OF FLORIDA

To the Sheriff or any other Constable of Said County:

    You are hereby commanded to summon:

    UF Health Jacksonville
    655 W. 8th St.
    Jacksonville, FL 32209

as witness on behalf of Defendant at Howell, Buchan & Strong, 2898-6 Mahan Dr., Tallahassee, Florida 32308. **The witness is ordered and directed to produce for inspection or copying at the aforesaid time and place:** See attached Exhibit "A"**.**

    You are subpoenaed to produce documents to the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed. You may comply with this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **YOU MAY MAIL OR DELIVER THE COPIES TO THE ATTORNEY WHOSE NAME APPEARS ON THIS SUBPOENA.** Any questions should be directed to this attorney at the address listed below.

4

      Jami M. Kimbrell
      Howell, Buchan & Strong
      2898-6 Mahan Drive
      Tallahassee, Florida 32308
      Phone: (850) 877-7776
      Email: Jami@jsh-pa.com

**<u>PLEASE CALL IF COPYING EXPENSES WILL EXCEED $50.00</u>.**

Herein fail not.  A true copy
_____ Sheriff
_____ D.S.

Given under my hand and seal at _____, Florida this \_\_\_\_ day of _____, 2025.

## Exhibit "A"

1. Hayden Andrews' entire medical file for his treatment at UF Health Jacksonville on January 8, 2024.