UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                      Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF**
**NOTICES OF PRODUCTION FROM NON-PARTY**

Defendant, JUWAIN M. SHEPARD, by and through the undersigned counsel hereby Withdraws his Notices of Production from Non-Party [Docs. 24 and 25] that were filed in error on January 10, 2025.

                                              Respectfully submitted,

                                              */s/ Jami M. Kimbrell*
                                              Jami M. Kimbrell
                                              Florida Bar No. 0657379
                                              Howell, Buchan & Strong
                                              2898-6 Mahan Drive
                                              Tallahassee, Florida 32308
                                              Phone: (850) 877-7776
                                              Email: Jami@jsh-pa.com
                                              *Attorney for Defendant,*
                                              *Juwain M. Shepard*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on January 10, 2025.

> */s/ Jami M. Kimbrell*
> Jami M. Kimbrell