UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                       Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**NOTICE OF PRODUCTION FROM NON-PARTY**

TO:    James M. Slater                    Joshua Tarjan
        Slater Legal PLLC               The Tarjan Law Firm P.A.
        2296 Henderson Mill Rd. #116   12372 SW 82 Avenue
        Atlanta, Georgia 30345         Pinecrest, FL 33156
        james@slater.legal              josh@tarjanlawfirm.com

    YOU ARE HEREBY NOTIFIED that after ten (10) days from the date of service of this Notice, if no objection is received, the undersigned will issue the attached Subpoena Duces Tecum for Records Only to:

Baptist Primary Care
810 Lane Avenue South
Jacksonville, Florida 32205

To produce the items listed at the time and place specified in the subpoena.

                                          Respectfully submitted,

                                          */s/ Jami M. Kimbrell*
                                          Jami M. Kimbrell

Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com
*Attorney for Defendant,*
*Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on April 21, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                        Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.

_____/

### **SUBPOENA DUCES TECUM FOR RECORDS ONLY**

IN THE NAME OF THE STATE OF FLORIDA

To the Sheriff or any other Constable of Said County:

    You are hereby commanded to summon:

Baptist Primary Care
810 Lane Avenue South
Jacksonville, Florida 32205

as witness on behalf of Defendant at Howell, Buchan & Strong, 2898-6 Mahan Dr., Tallahassee, Florida 32308. **The witness is ordered and directed to produce for inspection or copying at the aforesaid time and place:** See attached Exhibit "A"**.**

    You are subpoenaed to produce documents to the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed. You may comply with this subpoena on or before the scheduled date of production.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  **YOU MAY MAIL OR DELIVER THE COPIES TO THE ATTORNEY WHOSE NAME APPEARS ON THIS SUBPOENA.**  Any questions should be directed to this attorney at the address listed below.

4

      Jami M. Kimbrell
      Howell, Buchan & Strong
      2898-6 Mahan Drive
      Tallahassee, Florida 32308
      Phone: (850) 877-7776
      Email: Jami@jsh-pa.com

**PLEASE CALL IF COPYING EXPENSES WILL EXCEED $50.00.**

Herein fail not. A true copy
_____ Sheriff
_____ D.S.

Given under my hand and seal at _____, Florida this \_\_\_\_ day of _____, 2025.

## Exhibit "A"

Documents or items to be produced:

    1.    Any and all medical records pertaining to treatment of Plaintiff from January 8, 2024, until Present.

    2.    Any and all invoices pertaining to treatment of Plaintiff from January 8, 2024, until Present.

    3.    Any and all proof of payment made towards Plaintiff's treatment from January 8, 2024, until Present, by Duval Regional Juvenile Detention Center and/or the Florida Department of Juvenile Justice.

    4.    Any and all progress notes regarding Plaintiff's treatment from January 8, 2024, until Present.

    5.    Any and all patient files involving Plaintiff Hayden Andrews.

    6.    Any and all records pertaining to referrals to other medical providers.

    7.    Any and all correspondence with other medical providers pertaining to treatment of Plaintiff.

    8.    Any and all medical records involving both Plaintiff and Dr. H. Jackson Downey.

Patient Name: Hayden Andrews

Patient DOB: █████████