UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.                                      Case No. 3:24-cv-01105-WWB-SJH

JUWAIN M. SHEPARD,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF
NOTICE OF PRODUCTION FROM NON-PARTY**

The undersigned hereby files this Notice of Withdrawal of Notice of Production from Non-Party in the above-referenced case. The Notice of Production from Non-Party was filed in error by my paralegal as discovery pleadings should not be filed in federal court.

                                            Respectfully submitted,

                                            */s/ Jami M. Kimbrell*
                                            Jami M. Kimbrell
                                            Florida Bar No. 0657379
                                            Howell, Buchan & Strong
                                            2898-6 Mahan Drive
                                            Tallahassee, Florida 32308
                                            Phone: (850) 877-7776
                                            Email: Jami@jsh-pa.com
                                            *Attorney for Defendant,*
                                            *Juwain M. Shepard*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on April 21, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell