UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDEN ANDREWS,

    Plaintiff,

v.

JUWAIN M. SHEPARD,

    Defendant.

Case No. 3:24-cv-1105-WWB-SJH

## **PLAINTIFF'S AMENDED NOTICE OF MEDIATION**

Previously, Plaintiff Hayden Andrews provided notice that the parties selected Thomas H. Bateman, III of Messer Caparello, P.A. as the mediator in this case, scheduling mediation for September 17, 2025. [ECF No. 23]. Plaintiff provides notice that the parties have agreed to move the date of mediation with Mr. Bateman to: **Wednesday, July 23, 2025, beginning at 1:00 p.m. eastern time** to be performed by videoconference.

Dated: June 5, 2025

                                                        */s/ James M. Slater*
                                                        James M. Slater (FBN 111779)
                                                        Slater Legal PLLC
                                                        113 S. Monroe Street
                                                        Tallahassee, Florida 32301
                                                        Tel. (305) 523-9023
                                                        james@slater.legal

                                                        Joshua Tarjan (FBN 107092)
                                                        The Tarjan Law Firm P.A.
                                                        12372 SW 82 Avenue
                                                        Pinecrest, FL 33156

        Tel. (305) 423-8747
        Fax (786) 842-4430
        josh@tarjanlawfirm.com

        *Attorneys for Plaintiff Hayden Andrews*