UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAYDON ANDREWS

Plaintiff,

v.                                                Case No. 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD

Defendant.

## Mediation Report

The parties held a mediation conference on July 23, 2025, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☑ lead counsel

☑ the parties or a party's surrogate satisfactory to the mediator

☑ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____
_____
_____
_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

[✓] The parties completely settled the case.

[ ] The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

[ ] The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

[ ] The parties have reached an impasse.

Thomas H. Bateman III
Digitally signed by Thomas H. Bateman III
Date: 2025.07.23 17:35:12 -04'00'

Thomas H. Bateman III, Mediator
Fla. Bar No. 349781
Certified Circuit Civil
Mediator No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place Tallahassee, FL 32308
850-222-0720