# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HAYDEN ANDREWS,

      Plaintiff,

v.                                                   Case No.: 3:24-cv-1105-WWB-SJH

JUWAIN M. SHEPARD,

      Defendant.
_____/

## ORDER

The Court has been advised by the Mediation Report (Doc. 30) that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  All pending motions are **DENIED as moot** and

the deadlines in the Amended Case Management and Scheduling Order (Doc. 21) are **VACATED**.  The Clerk is directed to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on August 3, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 7/28
c:
Counsel of Record