UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| HAYDEN ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>JUWAIN SHEPARD,<br><br>    Defendant. | Case No. 3:24-cv-1105-WWB |

**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii).

Dated: August 25, 2025

| | |
|---|---|
| */s/ James M. Slater*<br>James M. Slater<br>Slater Legal PLLC<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (404) 458-7283<br>james@slater.legal<br><br>*Lead Counsel for Plaintiff Hayden Andrews* | */s/ Jami Kimbrell*<br>Jami Kimbrell<br>Howell, Buchan & Strong, P.A.<br>2898-6 Mahan Drive<br>Tallahassee, Florida 32308<br>Tel. (850) 877-7776<br>jami@jsh-pa.com<br><br>*Lead Counsel for Defendant Juwain Shepard* |